UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-00932-DOC (SHK) | Date: | September 29, 2017 |

Title: *Jeremy Harris v. Nancy A. Berryhill*

Present: The Honorable SHASHI H. KEWALRAMANI, U.S. MAGISTRATE JUDGE

| D. CASTELLANOS | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

On May 12, 2017, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. Electronic Case Filing Number ("ECF No.") 1.  On May 17, 2017 the clerk issued a Notice of Filer Deficiency in which the Summons Request was incomplete and noted "the defendants name must appear in the To: section."  ECF No. 6.  On May 19, 2017 the Court issued its Case Management Order, in which Plaintiff was ordered to file proofs of service showing compliance with Federal Rule of Civil Procedure 4(m) by **August 17, 2017**.  ECF No. 7 at 2.  In this same order, Plaintiff was "**warned that his or her failure to effectuate service by August 10, 2017 may result in the dismissal of the action without prejudice by reason of plaintiff's failure to prosecute, unless plaintiff can show good cause for extending time for service.**"  ECF No. 7 at 2.  As of September 29, 2017, the required the proofs of service have not been filed with the Court and Plaintiff is in violation of the Court's order.

Accordingly, no later than **October 13, 2017,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute.  Filing the proofs of service by October 13, 2017, shall be deemed compliant with this Order to Show Cause.

**IT IS SO ORDERED**