UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY S. H. [1], an Individual,<br><br>              Plaintiff,<br><br>         v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>              Defendant. | Case No.: 5:17-00932 DOC (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including Plaintiff's Memorandum in Support of Complaint [Dkt. No. 28] and Defendant's Memorandum in Support of Answer [Dkt. No. 30], and the Report and Recommendation of the assigned United States Magistrate Judge dated

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

August 22, 2019, [Dkt. No. 32].  Objections to the Report and Recommendation were due by September 5, 2019 and none were filed.  As such, after thorough analysis and consideration of the Report and Recommendation, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 32] is accepted;
2. The case is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

Dated:  September 9, 2019

_____
THE HONORABLE DAVID O. CARTER
United States District Judge