JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY S. H.[1], an Individual,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>        Defendant. | Case No.: 5:17-00932 DOC (ADS)<br><br>JUDGMENT |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 17, 2019, Mr. Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

| | |
|---|---|
| 1 | Pursuant to the Court's Order Accepting the Report and Recommendation of the |
| 2 | United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the |
| 3 | Commissioner of Social Security is affirmed and the above-captioned case is dismissed |
| 4 | with prejudice. |

Dated: September 9, 2019

_David O. Carter_
THE HONORABLE DAVID O. CARTER
United States District Judge